# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NACS; NATIONAL RETAIL
FEDERATION; FOOD MARKETING
INSTITUTE; MILLER OIL CO.;
BOSCOV'S DEPARTMENT STORE,
LLC; and NATIONAL RESTAURANT
ASSOCIATION,

        Plaintiffs,

        v.

BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. 11-02075 (RJL)

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 31st day of July, 2013, hereby

**ORDERED** that the plaintiffs' Motion for Summary Judgment [Dkt. #20] is **GRANTED**; and it is further

**ORDERED** that the defendant's Cross-Motion for Summary Judgment [Dkt. #23] is **DENIED**; and it is further

**ORDERED** that a status conference will be held in Courtroom 18 on 8/14/13 at 11:30 am to discuss briefing of the vacatur issues.

    **SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge